BRADLEY v. TEXACO, INC.

No. 33 PC.

Case below: 7 N.C. App. 300.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 April 1970.

DISTRIBUTING CORP. v. PARTS, INC.

No. 50 PC.

Case below: 7 N.C. App. 483.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 May 1970.

IN RE SPINKS

No. 49 PC.

Case below: 7 N.C. App. 417.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 May 1970.

LICHTENBERGER v. INSURANCE CO.

No. 28 PC.

Case below: 7 N.C. App. 269.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 April 1970.

STATE v. BLACKBURN

No. 27 PC.

Case below: 6 N.C. App. 510.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 28 April 1970.

STATE v. WALKER

No. 45 PC.

Case below: 7 N.C. App. 548.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 12 May 1970.